Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CECILIA VARICELLY, <br><br>                    Plaintiffs, <br><br> -against- <br><br> 90 CHURCH STREET LIMITED PARTNERSHIP, AMBIENT GROUP, INC., BELFOR USA GROUP, INC., BOSTON PROPERTIES, INC., EMPIRE STATE PROPERTIES, INC., LEFRAK ORGANIZATION, INC., STRUCTURE TONE (UK), INC., and STRUCTURE TONE GLOBAL SERVICES, INC., <br><br>                    Defendants. | Case No.: <br> 07-CV-1720 (AKH) <br><br><br><br> **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance; and

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: September 10, 2007

                                                            _____
                                                                    Brian A. Bender

246006.1