Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   21 MC 102 (AKH)

CECILIA VARICELLY,                                          Index No.: 07-CV-1720

                Plaintiff(s),              **NOTICE OF ADOPTION OF ANSWER**
                                                                 **TO MASTER COMPLAINT**
  -against-
                                                                  **ELECTRONICALLY FILED**
90 CHURCH STREET LIMITED
PARTNERSHIP, *et al.*,

                Defendant(s).
--------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 7, 2007

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendants
                                      90 CHURCH STREET LIMITED PARTNERSHIP
                                      and BOSTON PROPERTIES, INC.

                                      By: _____
                                         Richard E. Leff (RL-2123)
                                         80 Broad Street, 23rd Floor
                                         New York, New York 10004
                                         (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel